■ SUNEE JONES, Respondent, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH et al., Appellants, et al., Defendants. — Judgment, Supreme Court, Bronx County (Chananau, J.), entered on April 24, 1980, unanimously affirmed, without costs and without disbursements, for the reasons stated by Chananau, J., at Special Term. Concur — Kupferman, J.P., Sandler, Carro and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLORIA PITCHFORD, Appellant. — Judgment of resentence, Supreme Court, New York County (Smith, J.), rendered on January 18, 1980, unanimously affirmed; and the appeal from the judgment of said court (Milonas, J.), rendered on March 27, 1979, is dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Kupferman, J.P., Sandler, Carro and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOHN DOE et al., Defendants. In the Matter of NEW YORK STATE SELECT COMMITTEE ON CRIME, Appellant, v RODERICK C. LANKLER, as Deputy Attorney-General and Special State Prosecutor, Respondent. — Order, Supreme Court, New York County (Rosenberger, J.), entered on March 21, 1980, unanimously affirmed, without costs and without disbursements, for the reasons stated by Rosenberger, J. Concur — Birns, J.P., Ross, Markewich and Fein, JJ.

■ EILEEN DI FIORE et al., Respondents, v LAND'N SEA, INC., Defendant, and M. LOWENSTEIN & Co., INC., Appellant. LAND'N SEA, INC., Third-Party Plaintiff, v M. LOWENSTEIN & Co., INC., Third-Party Defendant. — Order, Supreme Court, New York County (Greenfield, J.), entered on January 29, 1981, unanimously affirmed, without costs and without disbursements. We do not consider Special Term's order as precluding third-party defendant's right to apply for permission to test the subject garment. No opinion. Concur — Birns, J.P., Sandler, Carro, Silverman and Bloom, JJ.

■ ROSA HARRIS, Appellant, v MANHATTAN & BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Respondents. — Order, Supreme Court, New York County (Evans, J.), entered on April 24, 1981, unanimously affirmed, without costs and without disbursements, and without prejudice to prompt renewal at Special Term upon a proper showing. No opinion. Concur — Birns, J.P., Sandler, Carro, Silverman and Bloom, JJ.

■ In the Matter of R. LAWRENCE SIEGEL, Admitted as RUBIN L. SEIGEL, an Attorney. — Application for reinstatement referred to the Departmental Disciplinary Committee for the First Judicial Department, and pending receipt of its report, the petition held in abeyance, as indicated in the order of this court. Concur — Kupferman, J.P., Birns, Sullivan, Ross and Carro, JJ.

■ In the Matter of JOSEPH E. RUGGIERO, an Attorney. — Motion to confirm the report of the Departmental Disciplinary Committee for the First Judicial Department granted, and petitioner's motion for reinstatement and cross motion to reject said report denied. Concur — Kupferman, J.P., Birns, Sandler, Bloom and Fein, JJ.